[No. 11334-5-III. Division Three. July 18, 1991.]

LESTER J. LENINGTON, *Respondent,* v. BOARD OF COUNTY COMMISSIONERS OF YAKIMA COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 90-2-01743-4, Bruce P. Hanson, J., entered December 20, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Thompson and Shields, JJ.

[No. 10893-7-III. Division Three. July 18, 1991.]

*In the Matter of the Estate of*
VELVA M. ALBERTS.

DON WEST, *as Personal Representative, Appellant,* v.
THELMA TRAMPUSH, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86-4-00600-3, Robert D. Austin, J., entered May 21, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 10615-2-III. Division Three. July 18, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MIKEL DOYLE JACOBSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 89-1-00069-0, Fred L. Stewart, J., entered February 16, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.